Jennifer L. Braster
Nevada Bar No. 9982
MAUPIN • NAYLOR • BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI, | Case No. 2:16-cv-02046-JAD-NJK |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE AS TO INTERESTED PARTIES** |
| v. | |
| PLUSFOUR, INC; RC WILLEY HOME FURNISHINGS; WEBBANK/DELL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | Complaint filed:  August 29, 2016 |
| Defendants. | |

Pursuant to Civil Rule L.R. 7.1-1, the undersigned, attorney of record for Experian Information Solutions, Inc. ("Experian"), certifies that the following may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

1.      Parent Companies:  The ultimate parent company of Experian is Experian plc.

2.      Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

(a)      Central Source LLC

(b)      Online Data Exchange LLC

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

1            (c)        New Management Services LLC

2            (d)        VantageScore Solutions LLC

3            (e)        Opt-Out Services LLC

4      3.     Publicly Held Companies:  Experian plc owns one-hundred percent (100%) of

5 Experian.  Experian plc is a Jersey registered company which is publicly traded on the London

6 Stock Exchange.

7      DATED this 3rd day of October 2016.

8                            MAUPIN • NAYLOR • BRASTER

9

10                        By:  */s/ Jennifer L. Braster*

11                           Jennifer L. Braster
                          Nevada Bar No. 9982

12                           1050 Indigo Drive, Suite 112
                          Las Vegas, NV 89145

13                           *Attorneys for Defendant Experian*

14                           *Information Solutions, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

2 of 3

1

## **<u>CERTIFICATE OF SERVICE</u>**

2
        Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of

3
MAUPIN • NAYLOR • BRASTER and that on this 3<u>rd</u> day of October 2016, I caused the document

4
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE AS TO**

5
**INTERESTED PARTIES** to be served through the Court's CM/ECF system addressed to:

6
David H. Krieger, Esq.

7
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350

8
Henderson, NV  89123
dkrieger@hainesandkrieger.com

9

10
Matthew I Knepper
Miles N Clark
Knepper & Clark, LLC

11
10040 W. Cheyenne Ave. Suite 170-109

12
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com

13
Email: miles.clark@knepperclark.com

14
*Attorneys for Plaintiff*

15

16
Zachary P. Takos
Takos Law, Ltd.
1980 Festival Plaza Drive, Suite 300

17
Las Vegas, NV 89135
Email: zach@takoslaw.com

18

19
*Attorneys for Webbank/Dell Financial Services*

20
Bradley T Austin
Snell & Wilmer LLP

21
3883 Howard Hughes Pkwy., Ste. 1100

22
Las Vegas, NV 89169
Email: baustin@swlaw.com

23

24
*Attorneys for Equifax Information Services, LLC*

25
                 <u>/s/ Amy Reams</u>

26
                 An Employee of MAUPIN • NAYLOR •BRASTER

27

28

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000