1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

LOUIS A. CARDINALI,                    )
                                       )        Case No. 2:16-cv-02046-JAD-NJK
                      Plaintiff(s),    )
                                       )
vs.                                    )        ORDER
                                       )
PLUSFOUR, INC., et al.,                )
                                       )
                      Defendant(s).    )
_____)

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 9, 2016, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge