# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI, | Case No. 2:16-cv-02046-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 47) |
| PLUSFOUR, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Defendant Experian's motion to transfer pursuant to 28 U.S.C. § 1404(a). Docket No. 47. Plaintiff filed a response and Experian filed a reply. *See* Docket Nos. 51, 53. Experian filed supplemental authority, *see* Docket No. 55, *see also* Docket No. 56 (allowing supplemental authority), and Plaintiff has filed a response to the supplemental authority, Docket No. 59. The Court hereby **SETS** a hearing on the motion for 1:00 p.m. on September 25, 2017, in Courtroom 3D.[1]

IT IS SO ORDERED.

DATED: September 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Deciding a motion to transfer pursuant to 28 U.S.C. § 1404(a) is a matter within the authority of a magistrate judge. *See, e.g.*, *Pavao v. Unifund CCR Partners*, 934 F. Supp. 2d 1238, 1241 n.1 (S.D. Cal. 2013) (collecting cases).