Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
*Attorneys for Non-Party Haines & Krieger, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS A. CARDINALI, and all similarly situated individuals, | Case No. 2:16-cv-2046-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| | **[First Request]** |
| Defendant. | |

Pursuant to LR 6-1 and LR 26-4, Non-Party Haines & Krieger, LLC ("H&K") and Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, hereby move jointly and request that this Court extend Plaintiff's deadline to file a reply in support of his motion for protective order. In support of the same, the parties state as follows:

On July 10, 2018, Experian noticed the deposition of H&K, one of the law firms representing Plaintiff Louis Cardinali, for July 30, 2018.

On July 18, 2018, H&K moved to quash Experian's deposition subpoena on an emergency basis. ECF Dkt. 84, 85.

On July 18, 2018, the Court granted H&K's motion to vacate the then-pending deposition date, and issued an order setting briefing on H&K's motion in the ordinary course. ECF Dkt. 86 (minutes).

On August 1, 2018, Experian responded to the motion. ECF Dkt. 87. Replies are presently due on August 8, 2018.

Experian and H&K request that H&K be permitted an additional seven days to reply, until August 15, 2018. This additional time will permit H&K time to review and respond to the arguments set forth in the response. This is the first request for extension of the reply deadline, and is made in good faith and not for purposes of delay.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

2

Although this motion is being filed by H&K and Experian, all other counsel of record in this case have been contacted and none oppose this stipulation.

It is so stipulated.

Dated: August 6, 2018

/s/ Miles N. Clark
Matthew I. Knepper, Esq. (NBN 12796)
Miles N. Clark, Esq. (NBN 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq. (NBN 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

Sean N. Payne, Esq. (NBN 13216)
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123

Thomas A. Zimmerman, Jr. (*Admitted Pro Hac Vice*)
Zimmerman Law Offices, P.C.
77 West Washington St., Suite 1220
Chicago, IL 60602

Mohammed O. Badwan (*Admitted Pro Hac Vice*)
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
*Attorneys for Plaintiff*

/s/ Miles N. Clark
Matthew I. Knepper, Esq. (NBN 12796)
Miles N. Clark, Esq. (NBN 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Non-Party Haines & Krieger, LLC*

/s/ Christopher A. Hall
Adam W. Wiers (*Admitted Pro Hac Vice*)
Christopher A. Hall (*Admitted Pro Hac Vice*)
JONES DAY
77 W. Wacker Ave.
Chicago, IL 60601

Jennifer L Braster (NBN 9982)
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Experian Information Solutions, Inc.*

**ORDER**

**IT IS SO ORDERED**

Dated: August 7, 2018

_____
United States Magistrate Judge

3