# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI,<br>　　Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　Defendant(s). | Case No.: 2:16-cv-02046-JAD-NJK<br><br>**Order** |

Pending before the Court is non-party Haines & Krieger LLC's motion to quash a deposition subpoena. Docket No. 90. The Court hereby **SETS** a hearing on that motion for 2:00 p.m. on September 13, 2018, in Courtroom 3D.

IT IS SO ORDERED.

Dated: September 7, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge