Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

Adam W. Wiers (*pro hac vice*)
Christopher A. Hall (*pro hac vice*)
JONES DAY
77 W. Wacker
Suite 3500
Chicago, IL 60611
(T) (312) 782-3939
(F) (312) 782-8585
awwiers@jonesday.com
chall@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI, | Case No. 2:16-cv-02046-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING ORDER ON MOTION TO QUASH (ECF NO. 95)** |
| PLUSFOUR, INC; RC WILLEY HOME FURNISHINGS; WEBBANK/DELL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Non-party Haines & Krieger, LLC ("H&K"), Plaintiff Louis A. Cardinali ("Plaintiff") and Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, hereby move jointly and request that the Court extend the deadline for deposing H&K from 14 days of the issuance of the Order (ECF No. 95), which would be October 23, 2018, to November

1, 2018. H&K, Plaintiff and Experian have conferred regarding availability and due to the schedules of counsel and the deponent, the earliest available date for the deposition of H&K's 30(b)(6) designee is November 1, 2018. H&K, Plaintiff and Experian have agreed to the date of November 1, 2018, for this deposition. This stipulation is not for purposes of delay but due to the coordination of schedules of the parties, counsel, and the deponent.

DATED this 16th day of October 2018.

KNEPPER & CLARK LLC

By: /s/ Matthew I. Knepper
Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq. (NBN 9086)
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

Thomas A. Zimmerman, Jr. (pro hac vice)
Matt De Re (pro hac vice)
77 W. Washington St., Ste 1220
Chicago, IL 60602

Mohammed Omar Badwan (pro hac vice)
Sulaiman Law Group, Ltd.
2500 S Highland Ave Ste 200
Lombard, IL 60148

*Attorneys for Plaintiff*

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

Adam W. Wiers (pro hac vice)
Christopher A. Hall (pro hac vice)
JONES DAY
77 W. Wacker
Suite 3500
Chicago, IL 60611

*Attorneys for Defendant Experian Information Solutions, Inc.*

KNEPPER & CLARK LLC

By: /s/ Matthew I. Knepper
Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129

*Attorneys for non-party Haines & Krieger, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated: October 16, 2018

Hon. Nancy J. Koppe
United States Magistrate Judge