Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
*Attorneys for Non-Party Haines & Krieger, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI, and all similarly situated individuals, | Case No. 2:16-cv-2046-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF RESPONSE AND REPLY BRIEFING DATES** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | **[First Request]** |

Pursuant to LR 6-1 and LR 26-4, Non-Party Haines & Krieger, LLC ("H&K") and Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their respective counsel of record, hereby move jointly and request that this Court permit a two-day extension of H&K's time to respond to Experian's Motion to Compel and Motion for Sanctions (collectively, "Motions"), as well as Experian's reply in support of the Motions.

On November 21, 2018, Experian filed its Motions to Compel and for Sanctions. ECF Dkt. 98, 99. Responses are presently due on December 5, 2018.

The Parties seek a two-day extension of H&K's its time to respond, from December 5, 2018, to December 7, 2018. This will permit H&K sufficient time to consider and respond to the issues

attendant in the Motions. Coterminous with that extension, the Parities request a two-day extension of Experian's time to file a reply in support, from December 12, 2018 to December 14, 2018.

This is the first request for an extension of these briefing deadlines; it is made in good faith and not for purposes of delay.

It is so stipulated.

Dated: December 4, 2018

/s/ Miles N. Clark
Matthew I. Knepper, Esq. (NBN 12796)
Miles N. Clark, Esq. (NBN 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq. (NBN 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

Sean N. Payne, Esq. (NBN 13216)
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123

Thomas A. Zimmerman, Jr. (*Admitted Pro Hac Vice*)
Zimmerman Law Offices, P.C.
77 West Washington St., Suite 1220
Chicago, IL 60602

Mohammed O. Badwan (*Admitted Pro Hac Vice*)
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
*Attorneys for Plaintiff*

/s/ Miles N. Clark
Matthew I. Knepper, Esq. (NBN 12796)
Miles N. Clark, Esq. (NBN 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Non-Party Haines & Krieger, LLC*

/s/ Christopher A. Hall
Adam W. Wiers (*Admitted Pro Hac Vice*)
Christopher A. Hall (*Admitted Pro Hac Vice*)
JONES DAY
77 W. Wacker Ave.
Chicago, IL 60601

Jennifer L Braster (NBN 9982)
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Experian Information Solutions, Inc.*

**ORDER**

**IT IS SO ORDERED**

Dated: December 4, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2