Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

Adam W. Wiers (*pro hac vice*)
Christopher A. Hall (*pro hac vice*)
Jones Day
77 W. Wacker Ave.
Chicago, IL 60601

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC; RC WILLEY HOME FURNISHINGS; WEBBANK/DELL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02046-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND MOTION DEADLINES**<br><br>**[Fourth Request]** |

　　　　Pursuant to LR 6-1 and LR 26-4, Plaintiff Louis A. Cardinali ("Plaintiff") and Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the dispositive motion deadline and class certification deadlines only by 14 days. While this is the fourth request to extend deadlines, this is the first request to extend the dispositive motion and class certification deadlines only. In support of this

Stipulation, the parties state as follows:

A. **DISCOVERY COMPLETED TO DATE**

Presently, the active parties to this case are Plaintiff and Experian Information Solutions, Inc. ("Experian"), and as such, the recitation of discovery shall be with respect to Plaintiff and Experian.

1. Plaintiff filed his initial complaint on 8/29/2016. ECF Dkt. 1.
2. Experian answered the complaint on 10/3/2016. ECF Dkt. 16.
3. The Court entered its initial scheduling order on 12/9/2016. ECF Dkt. 31.
4. Plaintiff moved for leave to amend his Complaint on 1/3/2017. ECF Dkt. 34.
5. The Court entered its protective order on 1/4/2017. ECF Dkt. 35.
6. The Court granted Plaintiff's motion for leave to amend his complaint on 4/19/2017. ECF Dkt. 56 (minutes).
7. Plaintiff filed his First Amended Complaint on 4/19/2017. ECF Dkt. 57.
8. Experian answered the First Amended Complaint on 4/28/17. ECF Dkt. 58.
9. The Court granted the parties' stipulated Amended Scheduling Order on 10/13/2017. ECF Dkt. 67.
10. On October 25, 2017, Experian propounded its first set of Requests for Production of Documents, Requests for Admission, and Interrogatories on Plaintiff.
11. On November 9, 2017, Plaintiff propounded his first set of Requests for Production of Documents, Requests for Admission, and Interrogatories on Experian.
12. On November 23, 2017, Plaintiff responded to Experian's first set of Requests for Production of Documents, Requests for Admission, and Interrogatories.
13. On December 11, 2017, Experian responded to Plaintiff's first set of Requests for Production of Documents, Requests for Admission, and Interrogatories.
14. On December 12, 2017, Experian sent Plaintiff a 26-7 letter outlining various concerns about Experian's written discovery responses.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

15. On December 28, 2017, Plaintiff sent Experian a 26-7 letter outlining various concerns about Experian's written discovery responses.

16. On January 8, 2017, the parties met and conferred for approximately four hours regarding their respective 26-7 letters, and reached numerous final and tentative agreements to supplement their requests.

17. On February 20, 2018, Plaintiff propounded his Second Set of Requests for Production of Documents on Experian.

18. On March 22, 2018, Experian responded to Plaintiff's Second Set of Requests for Production of Documents.

19. On March 22, 2018, Experian propounded its Deposition Notice on Plaintiff, tentatively setting the deposition for April 18, 2018.

20. On March 30, 2018, Plaintiff propounded his Deposition Notice of 30(b)(6) deposition on Experian, tentatively setting the deposition for May 11, 2018.

21. On April 10, 2018, Plaintiff propounded his First Amended Deposition Notice of 30(b)(6) deposition on Experian, tentatively setting the deposition for May 17, 2018.

22. On April 27, 2018, Plaintiff propounded a Third Amended Deposition Notice of 30(b)(b) deposition on Experian, setting the deposition for June 13, 2018.

23. On May 10, 2018, Experian conducted the deposition of Plaintiff.

24. On May 15, 2018, the parties conferred regarding the status of Experian's discovery responses.

25. On or about May 21, 2018, Experian propounded a subpoena duces tecum and subpoena for testimony to Haines & Krieger, LLC. Subsequent to these subpoenas, motion practice ensued. The Court denied Haines & Krieger, LLC's request to quash the deposition subpoena. That deposition occurred and there is currently ongoing motion practice relating to that deposition and the subpoena duces tecum.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

26. The parties have continued to update and supplement prior discovery responses and disclosures.

27. The deposition of Experian's 30(b)(6) designee occurred on July 19, 2018.

28. The deposition of Amy Cardinali occurred on November 20, 2018.

29. The deposition of Plaintiff's expert, Stan Smith, occurred on December 3, 2018, and the deposition of Plaintiff's other expert, Dean Binder, is set for December 13, 2018.

30. Plaintiff served additional discovery requests on December 7, 2018.

31. The parties anticipate setting Experian's expert's deposition for January 29, 2019.

**B.** **Specific Description of Discovery that Remains to be Completed**

1. Experian's responses to the written discovery served on December 7, 2018, to be completed within the discovery period.

2. Deposition of Experian's expert witness, which the parties agreed may be taken after the close of discovery.

**C.** **Reasons Why the Remaining Discovery Was Not Completed**

The parties aver, pursuant to LR 6-1, that good cause exists for the requested extension. The parties have diligently pursued discovery and anticipate completing all remaining discovery prior to the close of the discovery period, which is January 7, 2019. The only exception is the deposition of Experian's expert. Due to previously scheduled international travel of the witness and the holidays, the parties have been unable to complete Experian's expert's deposition. The expert is available on January 29, 2019, and the parties respectfully request a two-week extension as to the dispositive motion deadline and class certification deadline to accommodate taking this expert's deposition after the close of the discovery period. The parties are not seeking to conduct any additional discovery post-close of discovery and do not seek to extend that deadline otherwise.[1]

---

[1] Experian and Plaintiff acknowledge the Court previously stated that no other extensions will be granted. The parties respectfully request this brief extension as to the dispositive motion and class certification deadline only to accommodate the witness's previously scheduled travel

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

### D. Proposed Discovery Deadlines

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Dispositive Motions | February 5, 2019 | February 19, 2019 |
| Motion for Class Certification | February 5, 2019 | February 19, 2019 |
| Pre-Trial Order | March 7, 2019 | March 21, 2019 |

Dated this 10th day of December, 2018.

/s/ Miles N. Clark
Matthew I. Knepper, Esq. (NBN 12796)
Miles N. Clark, Esq. (NBN 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq. (NBN 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

Sean N. Payne, Esq. (NBN 13216)
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123

Thomas A. Zimmerman, Jr. (*Admitted Pro Hac Vice*)
Zimmerman Law Offices, P.C.
77 West Washington St., Suite 1220
Chicago, IL 60602

Mohammed O. Badwan (*Admitted Pro Hac Vice*)
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
*Attorneys for Plaintiff*

/s/ Christopher A. Hall
Adam W. Wiers (*Admitted Pro Hac Vice*)
Christopher A. Hall (*Admitted Pro Hac Vice*)
JONES DAY
77 W. Wacker Ave.
Chicago, IL 60601

Jennifer L Braster (NBN 9982)
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Experian Information Solutions, Inc.*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

### ORDER

**IT IS SO ORDERED**

Dated: December 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE

---

and the holidays.