# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI, | Case No.: 2:16-cv-02046-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 120] |
| PLUSFOUR, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Experian's motion to supplement. Docket No. 120. Any response shall be filed by January 16, 2019, and any reply shall be filed by January 17, 2019.

IT IS SO ORDERED.

Dated: January 15, 2019

Nancy J. Koppe
United States Magistrate Judge