Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS A. CARDINALI,<br><br>Plaintiff,<br><br>vs.<br><br>PLUSFOUR, INC.; RC WILLEY HOME FURNISHINGS; WEBBANK/DELL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No. 2:16-cv-02046-JAD-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

SNELL & WILMER L.L.P. hereby requests that it and all of its listed attorneys be removed from the CM/ECF service list for this matter because Equifax Information Services, LLC has been dismissed since November 9, 2016.

///

///

///

SNELL & WILMER L.L.P. specifically requests removal of the following attorneys from the service list: Bradley T. Austin, Esq.

Respectfully submitted, this 15th day of January, 2019.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED.
Dated:  January 16, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 15th day of January, 2019, via CM/ECF:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave., Ste. 350
Henderson, Nevada 89123

By: /s/ *Lyndsey Luxford*
An employee of Snell & Wilmer LLP

4842-5144-3077

- 3 -