# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI, | Case No.: 2:16-cv-02046-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 102] |
| PLUSFOUR, INC., et al., | |
| Defendant(s). | |

Experian filed Docket Nos. 100 and 101 under seal, along with an accompanying motion to seal at Docket No. 102. Experian subsequently withdrew the motion to seal. Docket No. 114. Accordingly, the Clerk's Office is **INSTRUCTED** to unseal the filings at Docket Nos. 100 and 101.

IT IS SO ORDERED.

Dated: January 22, 2019

_____
Nancy J. Koppe
United States Magistrate Judge