# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI, | Case No.: 2:16-cv-02046-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 98, 99, 100, 101, 107, 112, 113, |
| PLUSFOUR, INC., et al., | and 120] |
| Defendant(s). | |

Pending before the Court is the parties' disputes arising out of the deposition of Haines & Krieger and requests that it produce documents. The disputes have manifested themselves in a manner not suitable for resolution. First, Experian filed motions to compel and for sanctions. Docket Nos. 98, 99, 100 (sealed version), and 101 (sealed version). Those motions have been fully briefed. *See* Docket Nos. 105, 106, 110, and 111. Second, Haines & Krieger filed a counter-motion for protective order. Docket No. 107. That motion has been fully briefed. *See* Docket Nos. 116, 119. Third, Haines & Krieger filed a motion to strike or, alternatively, seeking leave to file a surreply. Docket Nos. 112, 113. Those motions have been fully briefed. *See* Docket Nos. 115, 116, 117, and 118. Fourth, Experian has filed a motion seeking leave to file a supplemental brief. Docket No. 120. That motion has been fully briefed. *See* Docket Nos. 123, 125; *see also* Docket No. 126 (errata).

The Court declines to weigh in on the parties' disputes based on this unnecessarily confusing presentation. As such, all of the above motions are hereby **DENIED** without prejudice.

1

No later than January 29, 2019, Experian shall file a renewed motion to compel. That motion shall be limited to the above discovery dispute. Any response shall be filed by February 5, 2019. The Court will not entertain any cross-motion for protective order and, instead, will *sua sponte* consider granting a protective order if resolution of the motion to compel so warrants one. *Cf.* Fed. R. Civ. P. 37(a)(5)(B) ("If the motion [to compel] is denied, the court may issue any protective order authorized under Rule 26(c)"). Any reply shall be filed by February 8, 2019.

No later than January 29, 2019, Experian shall file a renewed motion for sanctions. That motion shall be limited to that request for sanctions, and must be separate from the above motion to compel. Any response shall be filed by February 5, 2019. Any reply shall be filed by February 8, 2019.

The Court expects all arguments and issues to be presented properly in the motions and responses. The Court will look with disfavor on the filing of additional procedural motions, including any motion to strike, motion for surreply, or motion to supplement. *See, e.g.*, Local Rule 7-2(b) ("motions for leave to file a surreply are discouraged").

IT IS SO ORDERED.

Dated: January 22, 2019

_____
Nancy J. Koppe
United States Magistrate Judge