Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Sean N. Payne
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Mohammed Omar Badwan
Sulaiman Law Group, Ltd.
2500 S Highland Ave Ste 200
Lombard, IL 60148
630-575-8180
Fax: 630-575-8181
Email: mbadwan@sulaimanlaw.com

Thomas A. Zimmerman , Jr.
77 W. Washington St., Ste 1220
Chicago, IL 60602
312-440-0020
Email: tom@attorneyzim.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS A. CARDINALI, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:16-cv-2046-JAD-NJK<br><br>**JOINT APPENDIX TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

Plaintiff Louis Cardinali ("Plaintiff") by and through his counsel of record, files this Joint Appendix of Exhibits to his Motion for Summary Judgment and Motion for Class Certification and Appointment of Class Counsel.

Dated: February 19, 2019

Respectfully submitted,

*/s/ Miles N. Clark*

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Ste. 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff*
*Additional counsel on cover page*

# APPENDIX OF EXHIBITS
## Plaintiff's Motion for Summary Judgment
## Plaintiff's Motion for Class Certification

| Exhibit No. | Description |
|---|---|
| | **DECLARATIONS** |
| A | Declaration of Miles N. Clark Declaration of Miles N. Clark |
| | **BANKRUPTCY DOCUMENTS** |
| 1 | Excerpts of Petition, Case No. 12-10854-bam, BK Doc. 1 (Bankr.D. Nev. Jan. 26, 2012) (Redacted) |
| 2 | Order of Discharge, Case No. 12-01854-bam, BK Doc. 22 (Bakr.D. Nev. Apr. 30, 2012) (Redacted) |
| | **EXPERIAN DISCLOSURES AND REINVESTIGATIONS, AND WEBBANK'S DECLARATION OF NO NOTICE OF DISPUTE** |
| 3 | Oct. 6, 2015 Dispute from Louis Cardinali attaching (1) dispute letter (pages 1-4), Aug. 25, 2015 Experian disclosure (pages 4-20), excerpts of voluntary petition (pages 21-24), and identifying information (page 25) (Redacted) |
| 4 | Dec. 8, 2016 Declaration of Megan Bartlett, ECF Dkt. 34-6 (D. Nev. Jan. 3, 2017) |
| 5 | Oct. 19, 2015 Experian Reinvestigation, Report No. 0405-5428-19 ("Reinvestigation 1"); Oct. 19, 2015 Experian Reinvestigation, No. 1210-8791-66 (Redacted) |
| 6 | Dec. 12, 2016 Experian Disclosure (Redacted) |
| | **EXPERIAN INTERNAL DOCUMENT PRODUCTION – PLAINTIFF-SPECIFIC** |
| 7 | Undated Experian Disclosure Log for Plaintiff (Sealed) |
| 8 | Dec. 12, 2016 Experian DR Log (Sealed) |
| 9 | Dec. 12, 2016 Experian Admin Report for Plaintiff (Sealed) |
| 10 | Excerpts of Jan. 12, 2018 Experian Long Admin for Plaintiff (Sealed) |
| | **EXPERIAN INTERNAL DOCUMENT PRODUCTION – GENERAL** |
| 11 | May 20, 2015 Experian Participant Guide, Dispute: Trades (Sealed) |
| 12 | Excerpts of June 1, 2016 Experian Participant Guide: ACDV Procedures (Sealed) |
| 13 | Undated Equifax, Experian, Innovis, TransUnion, and Olde, E-Oscar Guide, Disputes and Updates: Participant Guide v8 (Sealed) |
| 14 | Excerpts of Mar. 2017 Experian Admin Handbook (Sealed) |

| | |
|---|---|
| 15 | Excerpts of 2015 Consumer Reporting Resource Guide (Sealed) |
| 16 | Sept. 21, 2018 Experian's Fair Credit Reporting Act (FCRA) Policy (Sealed) |
| 17 | Experian CIS Compliance Standards: FCRA Core, at 2 (Sealed) |
| 18 | Nov. 20, 2014 Experian File One Appendix, *Shaw v. Experian*, No. 16-56587, Dkt. 40-1, (C.A.9 Sept. 1, 2017) |
| 19 | Oct. 31, 2018 Declaration of Kimberly Cave (Sealed) |
| | **EXPERIAN DISCOVERY RESPONSES** |
| 20 | Dec. 11, 2017 Experian Responses to Plaintiff's First Set of Requests for Admission |
| 21 | June 28, 2018 Experian Corrected Third Amended Responses to Plaintiff's First Set of Interrogatories |
| | **EXPERT REPORTS** |
| 22 | Feb. 18, 2019 Declaration of Dean Binder attaching Sept. 10, 2018 Expert Report (Redacted) |
| 23 | Sept. 10, 2018 Expert Report of Stan V. Smith, Ph.D |
| 24 | *See* Oct. 9, 2018 Rebuttal Report of Stan V. Smith, Ph.D. |
| 25 | Sept. 10, 2018 Expert Report of Marsha J. Courchane, Pd.D. (Redacted) |
| | **DEPOSITIONS** |
| 26 | July 19, 2018 Deposition of Mary Methvin as Experian's 30(b)(6) witness (Redacted) |
| 27 | May 10, 2018 Deposition of Plaintiff (Redacted) |
| 28 | Dec. 3, 2018 Deposition of Stan V. Smith, Ph.D. (Redacted) |
| 29 | Jan. 29, 2018 Deposition of Marsha J. Courchane, Ph.D, (Sealed) |
| | **DECLARATIONS OF NO NOTICE AND FURNISHER DEPOSITIONS** |
| 30 | *See* Mar. 31, 2017 Declaration of Megan Bartlett, *Thayn v. Select Portfolio Servicing, Inc.*, No. 17-cv-406-RFB-GWF (D. Nev.); Jan. 12, 2018 Declaration of Tonya Osborne, *Conley v. Nissan Motor Acceptance Corp.*, No. 17-cv-2785-JCM-VCF (D. Nev.); Dec. 16, 2015 Declaration of James Scott, *Pappas v. U.S. Bank Home Mortgage*, No. 15-cv-8115 (N.D. Ill.); Jan. 4, 2017 Declaration of J. Tann Pence, *Word v. Wells Fargo Dealer Services*, No. 16-cv-1836-APG-NJK (D. Nev.); Jan. 19, 2017 Declaration of Brian Drummond, *Johnson v. Cenlar Federal Savings Bank*, No. 16-cv-1833-RFB-PAL (D. Nev.). (Redacted) |
| 31 | Excerpts of Mar. 6, 2017 Deposition of Tracy Meyer as Silver State Schools Credit |

| | |
|---|---|
| | Union's 30(b)(6) witness, *Travers v. Experian*, No. 16-cv-1848-RFB-PAL, ECF Dkt. 93-26 (D. Nev. July 3, 2017) |
| 32 | Excerpts of Mar. 5, 2018 Deposition of Michael Ward as Specialized Loan Servicing, LLC's 30(b)(6) witness, *Garcia v. Specialized Loan Servicing, LLC*, No. 17-cv-1721-RFB-VCF, ECF Dkt. 37-20 (D. Nev. May 14, 2018) |
| 33 | Excerpts of Dec. 2, 2018 Deposition of Christy Christensen as Ditech Financial, LLC's 30(b)(6) witness, *Dey v. Experian*, No. 18-cv-502-JAD-NJK, *consolidated with* No. 18-cv-503-RFB-CWH (D. Nev. Feb. 8, 2019) |
| **EXPERIAN DECLARATIONS, EXPERT REPORTS, AND DEPOSITIONS** | |
| 34 | May 17, 2018 Expert Report of Kimberly Cave, *Ashcraft v. Experian*, No. 16-cv-2978-JAD-NJK, ECF Dkt. 134-2 (D. Nev. Dec. 14, 2018) |
| 35 | May 24, 2013 Rebuttal Report of Kimberly Hughes, *Toliver v. Experian*, No. 12-cv-2436, ECF Dkt 42-8 |
| 36 | July 13, 2016 Declaration of Kimberly Hughes, *Shaw v. Experian*, No. 13-cv-1295-JLS-BLM, ECF Dkt. 162-9 (S.D. Cal. July 14, 2016) |
| 37 | July 2, 2013 Declaration of Kathy Centanni, *Banga v. Experian*, No. 08-cv-4147-SBA, ECF Dkt. 91-4 (N.D. Cal. July 2, 2013) |
| 38 | June 13, 2013 Declaration of Teresa Iwanski, *Toliver v. Experian*, No. 12-cv-2436 (S.D. Tex. June 14, 2013) |
| 39 | July 3, 2017 Declaration of Anna Simmons, *Travers v. State Collection Service, Inc.*, No. 16-cv-1848-RFB-PAL, ECF Dkt. 89 (D. Nev. July 3, 2017) |
| 40 | Sept. 30, 2016 Declaration of Mary Methvin, *Pappas v. U.S. Bank Home Mortgage*, No. 15-cv-8115, ECF Dkt. 103-1 (N.D. Ill. Oct. 3, 2016) |
| 41 | Apr. 28, 2014 Declaration of Kimberly Hughes, *Dixon v. Experian*, No. 13-cv-227-PPS, ECF Dkt. 42-2 |
| 42 | Oct. 15, 2018 Declaration of Kimberly Cave, *Farmer v. Experian*, No. 17-cv-1531-RFB-PAL, ECF Dkt. 30-1 (D. Nev. Oct. 15, 2018) |
| 43 | Excerpts of July 13, 2018 Deposition of Kimberly Cave, *Ashcraft v. Experian*, No. 16-cv-2978-JAD-NJK, ECF Dkt. 130-17 (D. Nev. Dec. 14, 2018) |

| ADDITIONAL DOCUMENTS AND CLASS DISCOVERY | |
|---|---|
| 44 | Marsha J. Courchane, Pd.D, and David M. Skanderson, Ph.D., Fair Lending in the Brave New World of Big Data |
| 45 | Law Firm Bio of Zimmerman Law Offices, P.C. |
| 46 | Email Exchange from Chris Hall to Miles Clark, and Spreadsheets of Experian Internal Dispute Codes (Sealed) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **JOINT APPENDIX TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** was filed via the U.S. District Court's electronic filing system to all parties entitled to receive notice of the same.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC