# EXHIBIT 13

**Undated Equifax, Experian, Innovis, TransUnion, and Olde, E-Oscar Guide, Disputes and Updates: Participant Guide v8**



# Disputes and Updates
*Participant Guide v8*

This training addresses how a Data Furnisher locates and responds to a dispute (ACDV) in e-OSCAR®. Additionally, the session addresses the process for creating a request (AUD) to update or delete a previously reported account via e-OSCAR®.

**Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE**

EXP_CARDINALI_000308

# **Table of Contents**

**Welcome to e-OSCAR® Training**..................................................................................... 1

   Class Description ........................................................................................................ 1

   Teleconference Instructions........................................................................................ 1

   Today's Topics........................................................................................................... 2

**e-OSCAR® Overview** ...................................................................................................... 3

   What is e-OSCAR®? ................................................................................................... 3

   Why Use e-OSCAR®?.................................................................................................. 3

   What Can Be Done in e-OSCAR®?................................................................................ 4

   What Cannot Be Done in e-OSCAR®? .......................................................................... 4

   The Fair Credit Reporting Act and Consumer Disputes.................................................. 5

**ACDV Process Overview**................................................................................................ 6

   Logging into e-OSCAR® .............................................................................................. 7

   Accessing ACDVs ....................................................................................................... 8

   Responding to an ACDV .............................................................................................. 9

**AUD (Automated Universal Data form)** ...................................................................27

   What is an AUD?.......................................................................................................27

   What Can Be Done in an AUD? ..................................................................................27

   What Cannot Be Done with an AUD? ..........................................................................27

   The AUD Process......................................................................................................28

   Creating an AUD (Account Update or Deletion) ...........................................................29

**Interactive Exercises**...................................................................................................40

   Access the Training Website.......................................................................................40

   ACDV Practice Scenario: Responding to an Identification Dispute...........................41

   AUD Practice Scenario: Creating an AUD.....................................................................44

**Key Points - ACDV** ...................................................................................................48

**Key Points - AUD**......................................................................................................49

**Frequently Asked Questions & Answers** ..................................................................50

**Glossary** ....................................................................................................................53

**Quick Reference Guide**..............................................................................................54

EXP_CARDINALI_000309

# Welcome to e-OSCAR® Training

## *Class Description*

This class is the second in a series of four classes for new users of the e-OSCAR® application. It addresses how a Data Furnisher locates and responds to a dispute (ACDV) in e-OSCAR®. Additionally, the session addresses the process for creating a maintenance request (AUD) to update or delete a previously reported account via e-OSCAR®

## *Teleconference Instructions*

Telephone and web conference controls are used by the participants to interact with the facilitator during the training session. The following commands are available if you wish to interact with the facilitator:

- 00: Press 00 on your telephone keypad to request technical support at any time during the session from the WebEx Technical Support team.
- #6: Pressing #6 on your telephone keypad will un-mute your phone line and allow you to ask questions.
- *6: Pressing *6 on your telephone keypad will mute your phone line.
- Questions and Answers: Questions may be submitted to the instructor during the session via the Q&A panel within WebEx. Questions submitted via WebEx are typically answered during the Q&A portions of the training.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000310

# Welcome to e-OSCAR® Training

## Today's Topics

- e-OSCAR® Overview

    ⇒ What is e-OSCAR® & How Is It Used by Data Furnishers?
    ⇒ e-OSCAR® and the Fair Credit Reporting Act (FCRA)
    ⇒ What Can Be Done in e-OSCAR®?
    ⇒ What Cannot Be Done in e-OSCAR®?

- The Fair Credit Reporting Act & Consumer Disputes

- Responding to an ACDV (Automated Consumer Dispute Verification)

- Creating an AUD (Automated Universal Data form)

This participant guide includes the content of many of the slides that will be shown in today's presentation as well as other helpful reference information. The participant guide is not a copy of today's presentation and is not intended to be a one-to-one match with today's presentation.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000311

# e-OSCAR® Overview

## What is e-OSCAR®?

### e-OSCAR® & Data Furnishers

e-OSCAR® is a vehicle through which dispute information is transferred between Consumer Reporting Agencies and Data Furnishers.

## Why Use e-OSCAR®?

The Fair Credit Reporting Act (FCRA)

- Regulates the content of a consumer report
- Mandates that companies and individuals who access consumer credit reports have permission
- Dictates how consumers have the right to dispute possible inaccuracies in their own report.
- Specifies that National Consumer Reporting Agencies (NCRAs) shall implement an automated system through which Data Furnishers may report the results of a dispute re-investigation*.

  * The ACDV functionality in e-OSCAR® complies with this requirement. This is why Data Furnishers use e-OSCAR® to receive and respond to disputes from Consumer Reporting Agencies.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000312

# e-OSCAR® Overview

## What Can Be Done in e-OSCAR®?

Data Furnishers may use e-OSCAR® to:

- View and respond to disputes (ACDVs)
- Create and submit interim tradeline maintenance requests (AUDs) to update or delete previously reported tradelines
- Review Notifications
  - ○ Block Notifications
  - ○ Dispute Response (DR) Notifications
- Review Reports

## What Cannot Be Done in e-OSCAR®?

e-OSCAR® cannot be used to:

- Retrieve consumer tradeline information from the Consumer Reporting Agency's database
- Report data on new or previously deleted accounts
- Receive disputes (ACDVs) from and send maintenance requests (AUDs) to CRAs with which a reporting relationship has not been established
- Receive ACDVs or send AUDs to CRAs for which a subscriber code has not been approved.
- Delete inaccurate or fraudulent inquiries
- Remove judgments, liens, or public record items

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000313

# e-OSCAR® Overview

## The Fair Credit Reporting Act and Consumer Disputes

The Fair Credit Reporting Act addresses the procedures in the case of consumer disputes regarding the accuracy of reported information.

---

In Section 611 of the Fair Credit Reporting Act, if the completeness or accuracy of consumer information is disputed directly by the consumer with the CRA, the:

- CRA must re-investigate the consumer's dispute.
- CRA must notify the Data Furnisher (DF) of the dispute within 5 business days.
- The dispute re-investigation must be completed within 30 calendar days or the time frame specified by the FCRA.

  If the CRA cannot verify the information within the 30-day period, the disputed information must be modified or deleted.

- CRA must notify the DF of any changes to the consumer's tradeline.

---

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000314

# ACDV Process Overview

The ACDV Process in e-OSCAR® involves the tracking and management of disputes in an automated system. The following is an illustration of the ACDV Process.



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000315

# ACDV Process Overview

## Logging into e-OSCAR®

Log into e-OSCAR® with a user id with the role of an **ACDV Responder\*** to access and process new ACDVs (disputes).

> \*A **System Administrator** user id is created when a company registers to use e-OSCAR®. The **System Administrator** id allows the company to create users, set up subscriber codes, and view reports on ACDVs. However, it will not allow the company to process an ACDV. If this is the only user id that the company has, the owner of this id must log in and create a user id for an **ACDV Responder** to access and process new disputes.



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000316

# ACDV Process Overview

## Accessing ACDVs

After the user successfully logs in, the home page of e-OSCAR® is displayed. The menu options that are available will depend on the role that has been assigned to the user's id.
**Process ACDV** should be displayed in the top navigation menu.



EXP_CARDINALI_000317

# ACDV Process Overview

## Responding to an ACDV

**Procedure for Accessing New ACDVs**

1. Click **Process ACDV** menu.
2. Click **Respond to ACDV** screen.
3. Locate the desired queue and click the **View** hyperlink
4. The ACDV is displayed. Process the ACDV as appropriate.
5. Click the **Submit** command link.
6. Click the desired confirmation command link.

### Procedure for Accessing ACDVs (Illustrated)

1. Click **Process ACDV**



2. Click **Respond to ACDV**



| Screen Options | Description |
|---|---|
| **Respond to ACDV** | Grants access to new ACDVs that are pending processing. |
| **ACDV WIP List** | Grants access to ACDVs that<br>• were accessed or started from within the **Respond to ACDV** screen and<br>• were not submitted back to the Consumer Reporting Agency, and<br>• have not reached their expiration date. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000318

# ACDV Process Overview

## Responding to an ACDV continued...

### Procedure for Accessing ACDVs (Illustrated) continued...

3. Select an ACDV queue by selecting the **View** hyperlink in front of the queue name.



| Data Elements (L to R) | Description |
|---|---|
| **View** | • When **View** is selected in the **Respond to ACDV** screen, new ACDVs will be displayed in **Response Due Date** order. The ACDV with the earliest **Response Due Date** will be displayed first. |
| | When **View** is selected in the **ACDV WIP List** screen for a queue, a list of ACDVs is shown for that queue. The list is presented in **Response Due Date** order but it can be sorted by **Last Name, Response Due Date, Received Date, User ID,** or **SSN** on command. |
| | • Displays the pending ACDV in the associated queue. |
| | • If there are no ACDVs pending, an error message will be displayed. |
| | • For new ACDVs in the queue, if **ACDV Grouping** is enabled and there are additional ACDVs in the queue for that account number, with the same **Response Due Date**, a message will be displayed indicating that there are additional ACDVs for the account. The system groups ACDVs with the same account number together in **Response Due Date** order to allow the same Data Furnisher user to respond to each ACDV for that account number. |
| **Queue Name** | The name of the queue. |
| | If the company's **System Administrator** has not created queues in e-OSCAR®, there will be only one queue titled "Default" (In some cases, the queue may be titled Default#### where # represents numbers). |
| **Queue Description** | A description of the queue. |
| **Number of Items** | The number of new ACDVs that are pending. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000319

# ACDV Process Overview

## Responding to an ACDV continued…

### Procedure for Accessing ACDVs (Illustrated) continued…

4. The ACDV is displayed.  Review the ACDV and respond to the consumer's dispute.



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000320

Participant Guide v8                                    Disputes and Updates

# ACDV Process Overview

## Responding to an ACDV continued…

### The ACDV

#### Command Links

**Command Links** allow a user to take action on a page, advance to another page, or obtain help.



| Command Link | Description |
|---|---|
| **Screen Help** | Provides definitions, tips or instructional information for the fields shown on the screen. |
| **Print** | Prints a formatted ACDV. |
| **Continue** | Saves the information on the screen. Validates the data entered. Creates a list of errors (if found) that must be corrected before proceeding to the next screen. Displays the next screen if no errors are found. |
| **List** | Exits the screen without saving any entered data and displays the ACDV WIP list. |
| **Forward** | Allows a user to forward an ACDV to the WIP of another queue. Data entered in the ACDV prior to it being forwarded is not saved. |
| **Submit** | Submits the ACDV so that it is routed to the agency that sent the dispute. |
| **Save & Exit** | Saves the ACDV data and displays the appropriate ACDV WIP list. |
| **Cancel** | Deletes unsaved data that has been entered in the ACDV and displays the appropriate WIP list.  The system will prompt the user to confirm his/her intent to cancel. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000321

Case 2:16-cv-02046-JAD-NJK Document 142-14 Filed 02/19/19 Page 16 of 58

# ACDV Process Overview

## Responding to an ACDV continued…

### The ACDV

#### Header Section of the ACDV



| Data Elements (L to R) | Description |
|---|---|
| **Account Number** | Account number being disputed |
| **SSN** | The disputing consumer's social security number |
| **Consumer Name** | The disputing consumer's name |
| **Control Number** | Identification number for the ACDV. This is useful to the DF for tracking purposes on reports or to facilitate discussion with the CRA about the ACDV. |
| **Response Code** | The Data Furnisher's (DF) response to the consumer's dispute: |

| Response Code | Description |
|---|---|
| **1**<br>Account information accurate as of date reported | The account is accurately reported and there are no changes necessary. |
| **2**<br>Modify account information as indicated | Account information should be modified as indicated. |
| **3**<br>Delete account | Remove the reported tradeline. |
| **4**<br>Misrouted CDV, please reroute | The dispute does not belong to the Data Furnisher. Route the dispute back to the initiating agency. |
| **7**<br>Delete due to Fraud | Remove the reported tradeline due to fraud. |

**Descriptions of header content continued on next page…**

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000322

| Data Elements (L to R) | Description |
|---|---|
| | **When the user selects response codes 2, 3, or 7:** |
| | ■ Carbon copies of the user's response are sent to all other NCRAs to which the DF reports (as long as the reporting relationship has been established and the related subscriber codes are approved in e-OSCAR®). |
| | ■ A DR Notification is sent to the company via e-OSCAR® to notify it of changes to the tradeline. |
| **Subscriber Code** | Subscriber code associated with the account |
| **Dispute Code 1, Dispute Code 2** | Reason(s) for the consumer's dispute of the account |
| **Response Due Date** | The date by which the DF must respond to the dispute and submit it back to the originating CRA. |
| **DF Contact Number** | A phone number field. Depending on the NCRA to which the DF reports, the phone number entered in this field may be shared with the consumer as part of the correspondence regarding the results of the dispute. |
| **FCRA Relevant Info** | Dispute related information and other details that have been provided by the consumer and/or the CRA. This is extremely important information that should be considered when responding to the dispute. This information along with the **Dispute Code** will provide insight into why the consumer disputed the account. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000323

Case 2:16-cv-02046-JAD-NJK Document 142-14 Filed 02/19/19 Page 18 of 58

Participant Guide v8                                                    Disputes and Updates

# ACDV Process Overview

## Responding to an ACDV continued...

### The ACDV continued...

#### Pages

The five pages within the ACDV are:

- **Tradeline Preview**
- **Consumer Information**
- **Account Information**
- **Associated Consumer Information**
- **Summary of Response**



Page 15

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000324

# ACDV Process Overview

## Responding to an ACDV continued...

### The ACDV continued...

#### Trade Line Preview

**Trade Line Preview** provides a summary of the tradeline data.  Each field on this page is a hyperlink to the corresponding field in the **Account Information** page.



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000325

# ACDV Process Overview

## Responding to an ACDV continued...

### The ACDV continued...

#### Consumer Information

**Consumer Information** contains information pertaining to the consumer disputing the account. This screen will be displayed first in an ACDV where the dispute is ownership related.



| Page Columns | Description |
|---|---|
| **Field Name** | The name of the field |
| **Original** | The data that was reported for this tradeline. |
| **Response** | Data entry fields in which corrections may be entered, if applicable |
| **Verification Indicator** | **Same, Diff**(erent), or **Unkn**(own) radio buttons used by Data Furnisher users to indicate if the data in the **Original** column is the same as shown in the Data Furnisher's records, different from its records, or not indicated in its records (Unknown). |
| | ⇒ Generally, if the DF selects **Same**, the response field may be left blank. On occasion, when **Same** is selected for the name fields, e-OSCAR® may prompt the DF to type in the name of the consumer per its records. |
| | ⇒ If the DF selects **Diff**, the "different" value (per the DF's records) should be entered in the **Response** column. |
| | ⇒ If the DF selects **Unkn**(own), the related **Response** column field should be left blank. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000326

# ACDV Process Overview

## Responding to an ACDV continued...

### The ACDV continued...

#### *Account Information*

**Account Information** contains the tradeline information.



| Page Columns | Description |
|---|---|
| **Field Name** | The name of the field |
| **Original** | The data that was reported for this tradeline. |
| **Response** | Data entry fields in which corrections may be entered, if applicable. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000327

# ACDV Process Overview

## Responding to an ACDV continued…

**The ACDV continued…**

***Account Information continued…***

***Account Status Section***



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000328

# ACDV Process Overview

## Responding to an ACDV continued…

**The ACDV continued…**

*Account Information continued…*

*__Account Status Section continued…__*

| Field | Description and Process Tips |
| --- | --- |
| 1. **Account Status** | Code used to identify the current condition of the account. Depending on the **Account Status** code selected, a **Payment Rating** may be required. |
| 2. **Payment Rating** | Code used to identify whether the account is current, past due, in collections, or charged off within the activity period reported. |
| 3. **Condition/Cumulative Status (Experian only)** | A read-only, Experian-specific value that describes the condition of the account.* |
| 4. **Manner of Payment (Equifax only)** | A read-only, Equifax-specific value that describes the condition of the account.* |
|  | *If there is an error in the data in the two preceding fields, **Condition/Cumulative Status** and **Manner of Payment**, respond to the erroneous data using the **Account Status** field or **Payment Rating** field (when applicable) and/or the **Account History** fields. |
| 5. **Consumer Information Indicator** | A special condition of the account that applies to the associated consumer. The special condition may be a bankruptcy that was filed, discharged, dismissed, or withdrawn; a debt that was reaffirmed; or a consumer that cannot be located or is now located. |
| 6. **Compliance Condition Code** | Used to report a condition that is required for legal compliance per the Fair Credit Reporting Act or the Fair Credit Billing Act. It also includes an indication that the consumer has closed the account. |
| 7. **Special Comment Code** | Used in conjunction with the **Account Status** and **Payment Rating** to further define the account (for example: account paid in full for less than the full balance). |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000329

# ACDV Process Overview

## Responding to an ACDV continued...

**The ACDV continued...**

### *Account Information continued...*

### *Account Dates Section*



| Field | Description and Process Tips |
|---|---|
| **Date of Account Information** | The date entered in this field tells the CRA that "as of" X date, the consumer's account information is in the status specified in the ACDV. All account information, such as **Account Status** and **Current Balance**, must be reported as of the date in this field. |
| **FCRA 1st Date of Delinquency** | This is the first date of delinquency on the account that led to the **Account Status** or **Payment Rating** reported.<br><br>Per the Metro 2 Credit Reporting Resource Guide, delinquencies are calculated from the due date of the payment and, for consumer reporting purposes, an account is not deemed delinquent **until it is 30 days past the due date.** |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000330

# ACDV Process Overview

## Responding to an ACDV continued...

### The ACDV continued...

#### *Account Information continued...*

#### <u>Account Amounts Section</u>

All amounts are entered in whole numbers without punctuation or cents.



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000331

# ACDV Process Overview

## Responding to an ACDV continued...

**The ACDV continued...**

### *Account Information continued...*

### Account History Section

The **Account History** section of the **Account Information** page can be used to provide up to 84 months of consecutive payment activity.

If there are inaccuracies in the **Account History** section, type over the inaccurate information in the appropriate field. Data Furnishers may enter up to 84 months of consecutive payment activity for the months prior to the **Date of Account Information** being reported.

The available codes for account history codes may be viewed in **Screen Help** by clicking the **Screen Help** command link while in the **Account Information** page.



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000332

# ACDV Process Overview

## Responding to an ACDV continued...

### The ACDV continued...

#### *Associated Consumer Information*

**Associated Consumer Information** is used to provide information on up to two other individuals that the Data Furnisher's records indicate are legally obligated on this account.

**NOTE: THE USER SHOULD NOT PROVIDE INFORMATION ON THIS PAGE IF RESPONSE CODE 1 – ACCOUNT INFORMATION ACCURATE AS OF DATE REPORTED – IS USED.**



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000333

# ACDV Process Overview

## Responding to an ACDV continued...

### The ACDV continued...

#### *Summary of Response*

**Summary of Response** provides a summary of the ACDV data and the information that has been entered by the Data Furnisher user in the ACDV. Data Furnishers should review the **Summary of Response** to ensure that the specific consumer dispute reason has been addressed and that the dispute response is complete and accurate.

After reviewing the **Summary of Response** page, the Data Furnisher user may submit the ACDV by clicking on the **Submit** command link.



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000334

# ACDV Process Overview

## Responding to an ACDV continued...

### The ACDV continued...

#### *Submit Confirmation*

**ACDV Response Submit Confirmation** provides a message regarding the Data Furnisher's response code and allows the Data Furnisher to confirm its intent to submit the ACDV.

Select from 1 of 3 confirmation options to send the ACDV to the Consumer Reporting Agency or click the **Cancel** command link to end the submission process and make further changes to the ACDV.



| Confirmation Option | Description |
|---|---|
| **Confirm and Get Next in Queue** | Submit the ACDV response and present the next new ACDV for this queue.<br><br>This option should be selected if ACDV grouping is enabled and e-OSCAR® has notified the user that there are other notifications pending in the queue for this account. |
| **Confirm and Display WIP List** | Submit the ACDV response and display the WIP List for this Queue. |
| **Confirm and Return to List of Queues** | Submit the ACDV response and present the list of queues or WIP (depending upon whether the user was working on an ACDV from the **Respond to ACDV** area or **ACDV WIP List** area previously). |
| **Cancel** | This selection cancels the submit operation. The user may continue to process the ACDV or save the ACDV to WIP after **Cancel** is selected. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000335

# AUD (Automated Universal Data form)

## What is an AUD?

In e-OSCAR®, the AUD is an automated, online form that Data Furnishers use to transmit interim maintenance requests to update or delete previously reported accounts.

The Data Furnisher is responsible for creating the AUD (as appropriate) and submitting it to the Consumer Reporting Agency. The Data Furnisher should also update its internal records to reflect any change submitted for an account via an AUD.

## What Can Be Done in an AUD?

- Submit interim requests to delete existing accounts or to update previously reported accounts that have not been deleted.

- Submit an AUD to the NCRA within 30 days of creating it.

## What Cannot Be Done with an AUD?

- Add or report new accounts
- Change a consumer's name, social security number, date of birth, or address
- Remove judgments, inquiries, or liens
- Remove duplicate accounts unless the Data Furnisher has contacted the CRA and determined that this is acceptable
- Notify the consumer of the results of a dispute

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000336

# AUD (Automated Universal Data form)

## The AUD Process



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000337

# AUD (Automated Universal Data form)

## Creating an AUD (Account Update or Deletion)

Log into e-OSCAR® with a user id with the role of an **AUD Initiator** to create new AUDs.

---

**Procedure for Creating AUDs**

1. Click **Process AUD** menu
2. Click **Create AUD** screen
3. The AUD is displayed.
4. Complete the AUD as appropriate.
5. Click the **Submit** command link.

---

## *Procedure for Accessing AUDs (Illustrated)*

1. Click **Process AUD** menu.



EXP_CARDINALI_000338

# AUD (Automated Universal Data form)

## Creating an AUD continued…

### Procedure for Accessing AUDs (Illustrated) continued…

2. Click **Create AUD** screen.



| Screen Options | Description |
|---|---|
| **Create AUD** | Used to create new AUDs. |
| **WIP AUD** | Used to access AUDs that the DF user has already created but has not yet submitted to the NCRA (within the 30-day time frame).<br><br>**NOTE: THE PROCEDURES ARE THE SAME FOR PROCESSING AN AUD REGARDLESS OF WHETHER THE AUD IS NEW OR WAS STARTED AND SAVED TO WIP.** |

3. Complete the appropriate fields in the AUD.



4. Click the **Submit** command link.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000339

# AUD (Automated Universal Data form)

## Creating an AUD continued...

### The AUD

#### Pages

The pages within an AUD are similar to the pages in the ACDV, except that the AUD is not pre-filled with data.

- **Consumer Information**
- **Account Information**
- **Associated Consumer Information**

#### AUD Required Fields

To update an account through the AUD process, the following fields are required:

| Consumer Information Screen | Account Information Screen |
|---|---|
| First Name | Account Number |
| Last Name | Account Status |
| Address, City, State, Zip | Portfolio Type |
| ECOA Code | Account Type |
| | Date Opened |
| | Date of Account Information |

To delete an account through the AUD process, the following fields are required:

| Consumer Information | Account Information |
|---|---|
| First Name | Account Number |
| Last Name | Portfolio Type |
| Address, City, State, Zip | Account Type |
| ECOA Code | Date Opened |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000340

# AUD (Automated Universal Data form)

## Creating an AUD continued...

### The AUD continued...

### *Header Section of the AUD*



| Data Elements (L to R) | Description |
|---|---|
| **AUD Control Number** | Identification number automatically assigned to the AUD by e-OSCAR®. Useful for viewing AUD Details report and for AUD tracking. |
| **AUD Correction Indicator** | Select one of the three options in order to tell the CRA what action the Data Furnisher is requesting on the account. |

| Response Code | Description |
|---|---|
| **1** Update | Indicates the Data Furnisher's intention to modify account information for a consumer. |
| **3** Delete | Indicates the Data Furnisher's intention to remove an account (currently reporting on a consumer's credit report). |
| **7** Delete due to fraud | Indicates the Data Furnisher's intention to remove an account (currently reporting on a consumer's credit report) due to fraud. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000341

# AUD (Automated Universal Data form)

## Creating an AUD continued...

**The AUD continued...**

### Consumer Information

**Consumer Information** is used to provide identifying information for the consumer whose account/tradeline will be updated or deleted.



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000342

# AUD (Automated Universal Data form)

## Creating an AUD continued...

**The AUD continued...**

*Consumer Information continued...*

| Data Elements (L to R) | Description |
|---|---|
| 1. **Subscriber Code** | Used to direct the AUD to the CRA(s) the DF wants to update or delete the account information. |
| | If the DF has multiple **subscriber codes** for a CRA, the user should ideally select the one that is associated with the account. However, the user may select any subscriber code in the pick list for that CRA if he/she does not know the specific one for the account. |
| 2. **Last Name, First Name** | Consumer's name |
| 3. **ECOA Code** | Equal Credit Opportunity Act Code: The relationship of the consumer to the account |
| 4. **Current Address** | The current address of the consumer per the Data Furnisher's records. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000343

# AUD (Automated Universal Data form)

## Creating an AUD continued…

**The AUD continued…**

### *Account Information*

**Account Information** allows the Data Furnisher to enter information that is pertinent to the account that is being modified or deleted.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000344

# AUD (Automated Universal Data form)

## Creating an AUD continued…

### The AUD continued…

#### Account Information continued…

| Fields | Description |
|---|---|
| 1. **Account Status** | Code used to identify the current condition of the account. Depending on the **Account Status** code selected, a **Payment Rating** may be required. |
| 2. **Payment Rating** | Code used to identify whether the account is current, past due, in collections, or charged off within the activity period reported. |
| 3. **Account Number** | The complete and unique account number. |
| 4. **Portfolio Type** | A credit product category, such as a **Line of Credit** or **Installment Loan**. |
| 5. **Account Type** | The classification of an account, such as an **Auto Loan**. |
| 6. **Date Opened** | The date the account was originally opened. |
| 7. **Date of Account Information** | The date entered in this field tells the CRA that "as of" X date, the consumer's account information is in the status specified in the AUD. All account information, such as **Account Status** and **Current Balance**, must be reported as of the date in this field. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000345

# AUD (Automated Universal Data form)

## Creating an AUD continued...

**The AUD continued...**

*Account Information continued...*

### Account History

If changes are being made to any portion of the **Account History**, the Data Furnisher should provide the **complete history as documented in its records (inclusive of the changes to the account history record),** not just the history for the months that should be changed.

**REMEMBER, IT IS ONLY NECESSARY TO UPDATE ACCOUNT HISTORY IF THERE IS A CHANGE TO THE ACCOUNT HISTORY. OTHERWISE, THE ACCOUNT HISTORY SECTION CAN BE LEFT BLANK.**



Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000346

# AUD (Automated Universal Data form)

## Creating an AUD continued...

### The AUD continued...

#### Associated Consumer Information

The **Associated Consumer Information** page may be used to provide information on up to two other individuals who are legally associated with this account.

The provision of data for associated consumer(s) indicates that the tradeline for those individuals should be modified or deleted per the data provided in the AUD. Information cannot be reported in this screen for new consumers on the account or for consumers who were not previously reported on the account.



The following information should be provided on each consumer (at a minimum):

| Fields |
|---|
| **First Name** |
| **Last Name** |
| **Current Address** |
| **ECOA Code** |

After completing the pages in the AUD, select the **Submit** command link to send the AUD to the CRAs.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000347

# This page intentionally left blank.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000348

# Interactive Exercises

## Access the Training Website

Training Website Address: **https://www.training-e-oscar.net/eOSCARTrg/**

| Step | Action | Result |
|------|--------|--------|
| 1 | Click the **User Login** link. | The **User ID** and **Password** login fields will appear. |
| 2 | Enter the **Registration ID**. The **Registration ID** will be supplied by the trainer. | The **Registration ID** appears in the field. |
| 3 | Enter your **User ID**. Your **User ID** will be your first initial and your last name in lowercase followed by 'acdv' in lowercase (ex: jdoeacdv). | The **User ID** appears in the field. |
| 4 | Enter your **Password**. The **Password** will be supplied by the trainer. | The masked password appears in the field. |
| 5 | Click the **Login** button. | The Security Question screen displays. |
| 6 | Select the Security Question "Who is your favorite author?" | |
| 7 | Enter your first name (ex: Joe). | Your first name is displayed in the field. |
| 8 | Click the **Submit** command link. | The application opens and the home page menus are displayed. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000349

# Interactive Exercises

## *ACDV Practice Scenario: Responding to an Identification Dispute*

A consumer is disputing an account that was reported by your institution. The consumer indicates that the account does not belong to him/her, but rather to someone else with a similar name. Per your records, an account has been established with an individual with the same name as this consumer. Additionally, the consumer listed in your system has the same SSN as specified in the dispute. The current address that is listed on your system does not match the current address that is listed in the dispute and you do not have a previous address for this consumer. The ECOA code is "2- Joint Contractual Liability".

Your research indicates that although there is a difference between the current address in the dispute and the address on your system, the account belongs to the consumer who has disputed the account.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000350

# Interactive Exercises

## Responding to an Identification Dispute (ACDV)

| Step | Action | Result |
|------|--------|--------|
| 1 | Click the **Process ACDV** menu. | The **Respond To ACDV** and **ACDV WIP List** screens are displayed. |
| 2 | Click the **Respond To ACDV** screen. | A list of queues is displayed. |
| 3 | Click the **View** hyperlink next to the **IDQueue** queue. | The first ACDV in the **IDQueue** queue displays. The **Consumer Information** page displays. |
| 4 | Review the header section of the ACDV. Make note of the **Dispute Code**. | |
| 5 | In the **Response Code** pick list (in the header), select **01: Account information accurate as of date reported.** | The **Response Code** field in the Header of the ACDV is populated with **01: Account information accurate as of date reported.** |
| 6 | In the **Last Name** field, retype the last name (as shown in the **Original** column) and click the **Same** radio button in the verification indicator column. | The radio button **Same** is marked. The last name is displayed in the field. |
| 7 | Retype the first name (as shown in the **Original** column) and click the **Same** radio button in the verification indicator column. | The radio button **Same** is marked. The first name is displayed in the field. |
| 8 | Type the appropriate middle initial and click the **Same** radio button. | The radio button **Same** is marked. The middle initial is displayed in the field. |
| 9 | Click **Same** for the **SSN** and **Telephone Number** field. | The radio button **Same** is marked for **SSN** and **Telephone Number**. |
| 10 | In the **ECOA Code** field select **2: Joint Contractual Liability.** | **2: Joint Contractual Liability** is displayed in the **ECOA Code** field. |
| 11 | Enter the current address specified below.  Click the **Diff** radio button.<br><br>1005 Financial Drive<br>Sacramento, CA 00123 | The radio button **Diff** is marked for current address.  The new address data is displayed. |
| 12 | Ensure that the **Same** verification indicator is marked for all other fields that have data in the **Original** column. | |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000351

| Step | Action | Result |
|------|--------|--------|
| 13 | Click the **Continue** command link. | The **Account Information** page is displayed. |
| 14 | Review the **Account Information** page, but make no changes to the data. | |
| 15 | Click the **Continue** command link. | The **Associated Consumer Information** page is displayed. |
| 16 | Select the **Summary of Response** page or click the **Continue** command link. Review the data on the screen. | The **Summary of Response** page is displayed. |
| 17 | Click the **Submit** command link. | A confirmation screen is displayed. |
| 18 | Click **Confirm and Return to List of Queues.** | The ACDV response is submitted to the Consumer Reporting Agency and a list of queues is displayed. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000352

# Interactive Exercises

## AUD Practice Scenario: Creating an AUD

A consumer notifies you that the account history (on an open account) you reported is incorrect. The consumer would like you to review the information and process a correction to the reported data as soon as possible. After reviewing the consumer's account, you determine that the consumer is correct. The account history that you reported on the account reflects two 30-day late payments and the consumer has been current on all payments. The consumer's information is provided below.

| Field Name | Information |
|---|---|
| Name: | Oscar E Web |
| Current Address: | 1 Credit Lane Good Debt, MD 00123 |
| ECOA: | Individual |
| Account Number: | 012345678901 |
| Account Status: | 11 |
| Portfolio Type: | R |
| Account Type: | Credit Card |
| Date Opened: | 10/15/2010 |
| Date of Account Information: | today's date |
| Account History: | Current since the account was opened. |

Update your records to reflect the correct account history. Submit an AUD to the Consumer Reporting Agency to have this change reflected on the consumer's tradeline.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000353

# Interactive Exercises

## Creating an AUD

| Step | Action | Result |
|------|--------|--------|
| 1 | Click the **Process AUD** menu. | The **Create AUD** and **WIP AUD** screens are displayed. |
| 2 | Click the **Create AUD** screen. | A blank AUD is displayed. |
| 3 | Select the **1: Update** correction indicator in the **AUD Correction Indicator** field. | The correction indicator field now displays **1: Update.** |
| 4 | Select the CRAs that you want to send the AUD to for processing by selecting a subscriber code for each CRA that is listed. | A subscriber code is displayed in the field under each CRA name. |
| 5 | Enter the information for the consumer associated with the account in the **Consumer Information** page.<br><br>Name: Oscar E Web<br>**ECOA Code:** Individual<br>**Current Address:**<br>    1 Credit Lane<br>    Good Debt, MD 00123 | The following fields will contain data on the **Consumer Information** page:<br>**First Name**<br>**Last Name**<br>**Middle Name**<br>**ECOA Code**<br>**Current Address: Street Address**<br>**Current Address: City**<br>**Current Address: State**<br>**Current Address: Zip** |
| 6 | Click the **Continue** command link to go to the **Account Information** page. | The **Account Information** page is displayed. |
| 7 | Enter data in the required fields (marked by an asterisk) as well as any other field that is pertinent to the update/correction you are making to the account. Be sure to provide the **Account Number.**<br>**Account Status:**   11<br>**Account Number:** 012345678901<br>**Portfolio Type:**   R-Revolving (Open-end account)<br>**Account Type:**   18 – Credit Card<br>**Date Opened:**   10/15/2010<br>**Date of Account Information:** Today's date<br>**Account History:**<br>    B - beginning of the payment history; 0 (Zero – current) | The following fields will contain data:<br>–   **Account Status**<br>–   **Account Number**<br>–   **Portfolio Type**<br>–   **Account Type**<br>–   **Date Opened**<br>–   **Date of Account Information**<br>–   **Account History** |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000354

| Step | Action | Result |
|------|--------|--------|
| 8 | Click the **Continue** command link to go to the **Associated Consumer Information** page.  No data will be entered here. | The **Associated Consumer Information** page is displayed. |
| 9 | Review the AUD to ensure that you have entered the correct information. | |
| 10 | Click the **Submit** command link to send the AUD to the CRAs. | A confirmation screen will be displayed so that you may confirm your intent to submit the AUD. |
| 11 | Click the **Confirm** button to confirm your intent to submit the AUD. | The AUD will be submitted to the CRAs via e-OSCAR®.  A message will be displayed to indicate that the transaction was submitted successfully. |

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000355

# This page intentionally left blank.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000356

# Key Points - ACDV

## Respond To ACDV Screen

- Used to select the queue and first ACDV (dispute) that is in that queue (i.e. a new ACDV-one that has never been accessed or viewed by anyone in the Data Furnisher's (DF) organization.)
- Look at the **Number of Items** column for each queue to determine how many ACDVs are pending processing.
- ACDVs are presented to the DF user one at a time in this screen.
- ACDVs are presented to the DF user in **Response Due Date** order - the first to expire is shown first.

## ACDV WIP List

- Contains ACDVs that a DF user has already accessed but not submitted back to the originating agency.  These ACDVs remain in WIP until they are submitted or the **Response Due Date** passes.
- ACDVs that are opened in the **Respond To ACDV** screen but not submitted to the CRA are moved to the **ACDV WIP List**.
- ACDVs are displayed in a list format in ascending **Response Due Date** order – the first to expire is at the top of the list.

## Response Due Date

- The DF must respond on or before this date or the disputed item will be deleted.
- Once a tradeline is deleted due to a non-response, e-OSCAR® cannot be used to add the tradeline back to the CRAs database.
- If necessary, the DF must contact the CRA directly to discuss items that have been deleted as a result of a non-response.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000357

Case 2:16-cv-02046-JAD-NJK   Document 142-14   Filed 02/19/19   Page 52 of 58

# Key Points - AUD

### Using the AUD

The Automated Universal Data (AUD) process is designed to transmit interim updates to or
deletions of a single tradeline from Data Furnishers to the bureaus. However, it is recommended
that the DF do most of its changes and updates to tradelines primarily through its current
reporting process (e.g. monthly tape, batch, or electronic transfers to the bureaus).

### Existing Accounts vs. New Accounts

- AUDs can only be completed in e-OSCAR$^®$ for accounts that have been previously
  reported to the Consumer Reporting Agency.
- AUDs should not be submitted for new accounts or accounts that have been deleted
  previously.

### AUD Required Fields

To update an account with an AUD, the following fields are required:

| Consumer Information Screen | Account Information Screen |
|---|---|
| **First Name** | **Account Number** |
| **Last Name** | **Account Status** |
| **Address, City, State, Zip** | **Portfolio Type** |
| **ECOA Code** | **Account Type** |
| | **Date Opened** |
| | **Date of Account Information** |

To delete an account through the AUD, the following fields are required:

| Consumer Information | Account Information |
|---|---|
| **First Name** | **Account Number** |
| **Last Name** | **Portfolio Type** |
| **Address, City, State, Zip** | **Account Type** |
| **ECOA Code** | **Date Opened** |

### Account History

- It is only necessary to update the account history if there is a change to the history.
- When updating the **Account History** section of the AUD, provide the complete payment
  history not just the history for the months that have changed.
- The 84-month payment history codes are listed in **Screen Help**.

Page 49

EXP_CARDINALI_000358

# Frequently Asked Questions & Answers

The following are the frequently asked questions that have been asked in training and of new users.

### 1. What is the purpose of the Date of Account Information?

The **Date of Account Information** field tells the CRA that "as of" X date, the consumer's information is in the status specified in the ACDV or AUD. All account information, such as **Account Status** and **Current Balance**, must be reported as of the date in this field."

### 2. Do I need to respond to every ACDV that I receive in e-OSCAR®, even if it is one that I have already received previously?

DFs should respond to every dispute that they receive in e-OSCAR®. If the DF does not respond to the dispute by the **Response Due Date**, the disputed tradeline will be deleted or modified.

### 3. Will the carbon copy feature eliminate the receipt of duplicate ACDVs?

The carbon copy feature of e-OSCAR® will not prevent the DF from receiving duplicate ACDVs. If a consumer disputes his/her account with more than one CRA at the same time, it will be possible for a DF to receive duplicates. Data is not shared between the CRAs so they will not know if the other has already sent the DF this dispute.

### 4. How can I determine the number of disputes that are pending?

On the **Respond To ACDV** or **ACDV WIP List** screen look at the **Number of Items** column next to the queue description. The count of pending items may reflect a 15-minute lag.

### 5. Should I submit an AUD each time I need to change information on an account?

No, it is not necessary. Although it is acceptable for a DF to report changes to its accounts via an AUD, it is not necessary for this to be done for every change that the DF must make to its account. The DF may submit modifications to its accounts via its normal reporting channels. The AUD is to be used primarily for interim, out-of-cycle updates.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000359

# Frequently Asked Questions & Answers
## - Continued –

### 6. Will I receive a notification when my dispute is received and processed?

A DF company will receive a Dispute Response Notification under the circumstances listed below.

- The DF does not respond to a dispute by the **Response Due Date**.
- The DF responds to a dispute and selects response codes 2 - Modify account information as indicated; 3 – Delete; or 7 – Delete account due to fraud.
- The Consumer Reporting Agency modifies the DF's data according to the agency's internal policy.

The DF will not receive a notification if it has selected a dispute with the response code 1 – Account information accurate as of date reported.

If the DF user is a **System Administrator, Compliance Officer, Queue Manager**, or **Notification Viewer**, the user may view the Dispute Response Notifications in e-OSCAR® though the **Notifications** menu.

### 7. Will I receive a notification in e-OSCAR® when my update (AUD) is received and processed?

No. Notifications are not provided for AUDs.

### 8. My account has been duplicated on a consumer's credit report. Should I delete the duplicate via an AUD through e-OSCAR®?

Please contact the Consumer Reporting Agency for information and instructions regarding the duplicate account before attempting to delete it via e-OSCAR®.

### 9. Why has my User ID been suspended and how can I reset it?

Entering your password incorrectly 3 times and responding incorrectly to the secret question 2 times will cause your id to be suspended or "locked out".
Remember that both your user id and password are case sensitive.

You will need to contact the e-OSCAR® **System Administrator** for your company to request that your id be reset. If you are the only **System Administrator**, call the Help Desk.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000360

# Frequently Asked Questions & Answers
## - Continued –

### 10.  My company has not received Delinquent Queue emails.  Why?

Delinquent Queue e-mails are sent to the **Queue Manager** (QM) role and the **Compliance Officer** (CO) role.  These e-mails are sent when there are items (ACDVs or AUDs) in the queue and the queue has not been accessed in 8 or more days.  If you do not have valid e-mail addresses in e-OSCAR® for the QM or CO role, you will not receive these notices when applicable.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000361

# Glossary

- ❏ **ACDV** (Automated Consumer Dispute Verification) - a automated request to verify, update, or delete tradeline information on a consumer's credit report

- ❏ **AUD** (Automated Universal Data) – an interim update or deletion of a previously reported account

- ❏ **CRA** (Consumer Reporting Agency) - organizations that collect, store, maintain and distribute consumer credit information. CRAs include the National Consumer Reporting Agencies, Affiliates, and Mortgage Reporting Companies

- ❏ **Data Furnisher** – a company such as a bank, retailer, or collection agency that reports tradelines to one or more of the CRAs

- ❏ **NCRA** (National Consumer Reporting Agency) - the three national consumer reporting agencies (Equifax, Experian, and TransUnion) that collect, maintain, store, and distribute consumer credit information

- ❏ **Notifications**
    - **Block Notification** – notice that an item has been blocked as a result of an identity theft
    - **Dispute Response (DR) Notification** – notice that an account has been modified or deleted due to a dispute response, a non-response to a dispute (by the **Response Due Date**) or Consumer Reporting Agency's internal policy

- ❏ **Queue** – an area in which disputes are routed based on specific criteria

- ❏ **Response Due Date** – the deadline to respond to a dispute.

- ❏ **Subscriber Codes** – unique code assigned to a Data Furnisher by an CRA for tradeline reporting

- ❏ **Tradeline** – account and consumer data that has been reported to a CRA by a DF

- ❏ **WIP** (Work in Progress) – an ACDV or an AUD that is incomplete. This ACDV or AUD has been accessed or started, respectively, but has not been submitted to a Consumer Reporting Agency. Additionally, the ACDV has not reached the earlier of its **Response Due Date** or expiration date.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000362

# Quick Reference Guide

⌨ **e-OSCAR® Help Desk:**
866-MY-OSCAR (**866-696-7227**).
Monday – Friday (7 a.m. – 8 p.m. EST)

Holidays: New Year's Day, Memorial Day, Fourth of July, Labor Day, Thanksgiving,
Christmas -- CLOSED

⌨ For general information about Metro 2 or information on downloading the Metro 2 Credit
Reporting Resource Guide, go to the CDIA website at
http://cdiaonline.org/Metro2/content.cfm?ItemNumber=854

⌨ e-OSCAR® Home page: www.e-oscar-web.net

⌨ e-OSCAR® Training: eoscartraining@newmgtservices.com

**Friendly Reminders**

⌨ e-OSCAR® user should complete the on-line tutorial prior to performing any functions within
their role. The tutorial can also be re-visited at any time via the **TUTORIAL** application
link within e-OSCAR®.

⌨ All required fields are denoted with an asterisk *.

⌨ If you need to **print** an ACDV and/or AUD, remember to do so before you click the **Submit**
command link; otherwise, contact your **System Administrator**, **Queue Manager**, or
**Compliance Officer** for assistance in retrieving the data in a report.

⌨ **Logout:** to end your session, click the **Logout** application link on the top right side of your
screen. It's important to always Logout when you're not using e-OSCAR®.

Confidential & Proprietary Information of Equifax, Experian, Innovis, TransUnion, and OLDE

EXP_CARDINALI_000363

EXP_CARDINALI_000364