Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

Adam W. Wiers (*pro hac vice*)
Christopher A. Hall (*pro hac vice*)
Jones Day
77 W. Wacker Ave.
Chicago, IL 60601

*Attorneys for Defendant
Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI,<br><br>Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC; RC WILLEY HOME FURNISHINGS; WEBBANK/DELL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:16-cv-02046-JAD-NJK<br><br>**STIPULATION, OR, IN THE ALTERNATIVE, JOINT MOTION TO CLARIFY COURT ORDER REGARDING PRETRIAL ORDER DEADLINE** |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Louis Cardinali ("Plaintiff"), by and through their respective counsel of record, hereby stipulate, or in the alternative, move the Court out of an abundance of caution to clarify its order regarding the pretrial order deadline as follows:

1. On December 12, 2018, the Court entered an order granting the Stipulation and Order to Extend Motion Deadlines [Fourth Request], which provided for a pretrial order deadline

of March 21, 2019. (ECF No. 109).

2. Pursuant to LR 26-1(b)(5), the deadline for filing the joint pretrial order is suspended until 30 days after a decision on dispositive motions, if dispositive motions are filed.

3. Both Plaintiff and Experian have filed dispositive motions. (ECF Nos. 140 and 146). As such, the deadline for filing a joint pretrial order is suspended and it shall be due 30 days after a decision on the dispositive motions or further order of the Court.

Dated this 19th day of March, 2019.

/s/ Miles N. Clark
Matthew I. Knepper, Esq. (NBN 12796)
Miles N. Clark, Esq. (NBN 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq. (NBN 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

Sean N. Payne, Esq. (NBN 13216)
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123

Thomas A. Zimmerman, Jr. (*Admitted Pro Hac Vice*)
Zimmerman Law Offices, P.C.
77 West Washington St., Suite 1220
Chicago, IL 60602

Mohammed O. Badwan (*Admitted Pro Hac Vice*)
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
*Attorneys for Plaintiff*

/s/ Jennifer L. Braster
Adam W. Wiers (*Admitted Pro Hac Vice*)
Christopher A. Hall (*Admitted Pro Hac Vice*)
JONES DAY
77 W. Wacker Ave.
Chicago, IL 60601

Jennifer L Braster (NBN 9982)
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Experian Information Solutions, Inc.*

**<u>ORDER</u>**

**IT IS SO ORDERED that the deadline for filing the joint pretrial order is suspended and it shall be due 30 days after a decision on the dispositive motions or further order of the Court.**

Dated: March 20, 2019

_____
UNITED STATES MAGISTRATE JUDGE