# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LOUIS A. CARDINALI,

    Plaintiff(s),

v.

PLUSFOUR, INC., et al.,

    Defendant(s).

Case No.: 2:16-cv-02046-JAD-NJK

**Order**

[Docket No. 130]

Pending before the Court is Defendant Experian's renewed motion to compel. Docket No. 130. Non-party Haines & Krieger filed a response, and Experian filed a reply. Docket Nos. 132, 137 (corrected image), 139. The Court hereby **SETS** that motion for an evidentiary hearing at 1:30 p.m. on May 8, 2019, in Courtroom 3B. The Court further **ORDERS** Declarant Laura Ferranti to appear in person at that hearing.

IT IS SO ORDERED.

Dated: March 29, 2019

_____

Nancy J. Koppe
United States Magistrate Judge

1