# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI,<br>    Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>    Defendant(s). | Case No.: 2:16-cv-02046-JAD-NJK<br><br>**Order** |

The Court has an evidentiary hearing set for May 8, 2019. *See* Docket No. 158. To the extent either party intends to introduce non-impeachment exhibits, that party must file an exhibit list by noon on May 7, 2019.

IT IS SO ORDERED.

Dated: May 1, 2019

_____
Nancy J. Koppe
United States Magistrate Judge