Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS A. CARDINALI,<br><br>Plaintiff,<br><br>vs.<br><br>PLUSFOUR, INC; RC WILLEY HOME FURNISHINGS; WEBBANK/DELL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02046-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR HAINES & KRIEGER, LLC, DAVID H. KRIEGER, MILES N. CLARK, AND MATTHEW I. KNEPPER TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO INITIATE CONTEMPT PROCEEDINGS AND SANCTIONS**<br><br>**[FIRST REQUEST]** |

STIPULATION AND ORDER TO EXTEND TIME FOR HAINES & KRIEGER, LLC, DAVID H. KRIEGER, MILES N. CLARK, AND MATTHEW I. KNEPPER TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS,INC.'S MOTION TO INITIATE CONTEMPT PROCEEDINGS ANDSANCTIONS[FIRST REQUEST] - 1

Third Parties Haines & Krieger, LLC, David H. Krieger, Miles N. Clark, and Matthew I. Knepper (collectively, the "Third Parties"), and Defendant Experian Information Solutions, Inc. ("Experian") have agreed and stipulated to the following:

1. On July 25, 2019, Experian filed a Motion to Initiate Contempt Proceedings and Sanctions ("Motion") [ECF Dkt. 190].

2. The Third-Parties' response deadline currently runs on August 8, 2019.

3. The parties have agreed to extend the Third Parties' response deadline seven days to provide additional time to address the Motion, particularly given the issues it presents. Accordingly, the Third Parties response deadline will run **August 15, 2019**.

//

STIPULATION AND ORDER TO EXTEND TIME FOR HAINES & KRIEGER, LLC, DAVID H. KRIEGER, MILES N. CLARK, AND MATTHEW I. KNEPPER TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS,INC.'S MOTION TO INITIATE CONTEMPT PROCEEDINGS ANDSANCTIONS[FIRST REQUEST] - 2

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated August 6, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 5510 So. Fort Apache Rd, Suite 30 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **HAINES & KRIEGER LLC** | **JONES DAY** |
| David H. Krieger, Esq. | Adam W. Weirs, Esq. |
| Nevada Bar No. 9086 | *(Admitted Pro Hac Vice)* |
| 8985 S. Eastern Avenue, Suite 350 | Christopher A. Hall, Esq. |
| Las Vegas, NV 89123 | *(Admitted Pro Hac Vice)* |
| Email: dkrieger@hainesandkrieger.com | 77 West Wacker Dr. |
| | Chicago, IL 60601 |
| *Counsel for Plaintiff* | Email: awwiers@jonesday.com |
| | Email: chall@jonesday.com |
| | |
| | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR HAINES & KRIEGER, LLC, DAVID H. KRIEGER, MILES N. CLARK, AND MATTHEW I. KNEPPER TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO INITIATE CONTEMPT PROCEEDINGS AND SANCTIONS**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: August 7, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR HAINES & KRIEGER, LLC, DAVID H. KRIEGER, MILES N. CLARK, AND MATTHEW I. KNEPPER TO RESPOND TO EXPERIAN INFORMATION SOLUTIONS,INC.'S MOTION TO INITIATE CONTEMPT PROCEEDINGS ANDSANCTIONS[FIRST REQUEST] - 3