# NAYLOR & BRASTER

ATTORNEYS AT LAW

Jennifer L. Braster<br>
(t) (702) 420-7997<br>
jbraster@nblawnv.com

June 15, 2020

*Via hand delivery*
Chambers of the Honorable Jennifer A. Dorsey
U.S. District Court, District of Nevada
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Re:   *Cardinali v. Plusfour, Inc. et al.*, Case No. 2:16-cv-02046-JAD-NJK

Dear Sir or Madam,

On October 10, 2019, Experian Information Solutions, Inc. ("Experian") filed a Motion for Reconsideration. (ECF No. 211). That motion stands fully briefed as of October 24, 2019. While Experian appreciates it may send a letter to chambers pursuant to LR IA 7-1, it normally would not do so as it understands the Court's case load and currently the impact of COVID-19. However, in this situation, the Ninth Circuit Court of Appeals stayed Experian's appeal on October 31, 2019, pending resolution of this motion. A copy of that order is enclosed. Experian believes it would be prudent to advise the Court of the Ninth Circuit's order.

Pursuant to LR IA 7-1, Experian is also copying all counsel of record to this letter. If there is any additional information that the Court needs, please let us know.

Sincerely,

Jennifer L. Braster

Enclosure as stated

# NAYLOR & BRASTER

ATTORNEYS AT LAW

Page 2

cc:  Adam Weirs
Christopher Hall
Matthew Knepper
Miles Clark
Mohammed Omar Badwan
Thomas A. Zimmerman, Jr.
Matthew C. De Re
Sean Payne
David H. Krieger,
via email

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| LOUIS A. CARDINALI, | No. 19-17176 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:16-cv-02046-JAD-NJK |
| v. | District of Nevada, Las Vegas |
| PLUSFOUR, INC.; et al., | ORDER |
| Defendants, | |
| and | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant-Appellant. | |

The court's records reflect that the notice of appeal was filed during the pendency of a timely filed motion listed in Federal Rule of Appellate Procedure 4(a)(4). The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, appellate proceedings other than mediation shall be held in abeyance pending the district court's resolution of the pending motion. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

Case 2:16-cv-02046-JAD-NJK   Document 219   Filed 07/02/20   Page 4 of 4

Case: 19-17176, 10/31/2019, ID: 11485084, DktEntry: 3-2, Page 2 of 2
Case 2:16-cv-02046-JAD-NJK   Document 217   Filed 10/31/19   Page 2 of 2

Within 7 days after the district court's ruling on the pending motion, appellant shall notify this court in writing of the ruling and shall advise whether appellant intends to prosecute this appeal.

To appeal the district court's ruling on the post-judgment motion, appellant must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Colin Jones
Deputy Clerk
Ninth Circuit Rule 27-7